FILED'06 AUG 11 16:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN A. MUNGER,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 05-817-ST<br><br><br><br>~~PROPOSED~~ ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will evaluate Plaintiff's mental impairment(s) pursuant to the special technique set out in 20 C.F.R. § 404.1520a; the ALJ will further consider the opinion of Jennifer Simpson, M.D. (Tr. 353) and will consider the opinion of Terry Kordash, M.D. (Tr. 554); the ALJ will consider the opinions of the State agency physicians regarding reaching limitations (Tr. 288, 393); the ALJ will further consider Plaintiff's subjective complaints; the ALJ will further consider the lay witness statements of John Snodgrass (Tr. 92-93), Marion Gustafson (Tr. 252), Eva Krebs (Tr. 264-265), Ruth Gordon (Tr. 253-254), Susie Snyder (Tr. 256), and Gerald Munger (Tr. 122-133, 182-193); the ALJ will

Page 1     ORDER - [05-817-ST]

reevaluate Plaintiff's residual functional capacity; and, if warranted, the ALJ will obtain supplemental vocational expert evidence.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 10th day of August 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant