UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**SUSAN MUNGER,**

      Plaintiff,

vs.

**COMMISSIONER of Social Security,**

      Defendant.

CV # 05-817-ST

ORDER FOR EAJA
FEES

_____

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $4961, costs in the amount of $254.25, and expenses in the amount of $23.61 shall be

awarded to attorney Linda Ziskin, pursuant to the Equal Access to Justice Act 28 U.S.C. §§ 1920,

2412.


DATED this _____ day of September, 2006.

_____
HON. ~~JANICE M. STEWART~~
UNITED STATES DISTRICT JUDGE


Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff


STIPULATION FOR EAJA FEES